# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2019

157012(74)

*In re* Application of CONSUMERS ENERGY COMPANY to Increase Rates.

_____

RESIDENTIAL CUSTOMER GROUP and
MICHELLE RISON,
   Appellants,

v

CONSUMERS ENERGY COMPANY,
   Petitioner-Appellee,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
MICHIGAN CABLE TELECOMMUNICATIONS
ASSOCIATION, MICHIGAN
ENVIRONMENTAL COUNCIL, NATURAL
RESOURCES DEFENSE COUNCIL, and
HEMLOCK SEMICONDUCTOR
CORPORATION,
   Appellees.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157012
COA: 330745
MPSC: 00-017735

On order of the Court, the motion for reconsideration of this Court's May 28, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2019 _____



d0904

Clerk